1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLIVIA VELASCO , <br><br> Plaintiff, <br><br> v. <br><br> COOK GROUP, INC., an Indiana Corporation; COOK MEDICAL, INC., an Indiana Corporation; and DOES 1 through 25, inclusive, <br><br> Defendants. | Case No.: 2:15-cv-05257-DSF-JPR <br><br> District Court Judge: Dale S. Fischer <br> Courtroom No.: 840 <br><br> **ORDER ON STIPULATED PROTECTIVE ORDER** <br><br> **(SEE ATTACHMENT)** <br><br> **NOTE CHANGES MADE BY THE COURT** |

The parties, by and through their respective counsel of record, having submitted a stipulation governing the disclosure of "Confidential Information" and documents concerning this matter.

## ORDER

This matter comes before the Court on a Stipulation, through their respective attorneys of record, for the entry of a protective order.  Good cause having been shown,

IT IS HEREBY ORDERED that this protective order apply to the dissemination and use of documents and other information designated as "Confidential: Subject to Protective Order" in the course of this action as set forth in

1

1  the Stipulation filed concurrently herewith.

2

3  DATED: June 22, 2016                JEAN ROSENBLUTH

4                                      Jean P. Rosenbluth

5                                      United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

I0592955-1 DEF-0594                          ORDER ON STIPULATED PROTECTIVE ORDER

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Orange, State of California.  My business address is One Corporate Park, Suite 200, Irvine, CA 92606.

On June 17, 2016, I served true copies of the following document(s) described as **[PROPOSED] ORDER ON STIPULATED PROTECTIVE ORDER** on the interested parties in this action as follows:

Joel W Baruch                                    Attorney for Plaintiff
Corey Alexander Hall
Law Offices of Joel W. Baruch
2020 Main St Ste 900
Irvine. CA 92614

**BY CM/ECF NOTICE OF ELECTRONIC FILING:**  I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 17, 2016, at Irvine, California.


/s/ _____
Jennifer Purcell

3

I0592955-1 DEF-0594                                    ORDER ON STIPULATED PROTECTIVE ORDER